FILED
FEB - 6 2008
FEB 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 0113 |
| | ) | |
| vs. | ) | Violation: Title 20, United States |
| | ) | Code, Section 1097(a) |
| CANDIS FAYE HALL | ) | |

**JUDGE MANNING**

**MAGISTRATE JUDGE COX**

The UNITED STATES ATTORNEY charges:

1. At times material to the information:

    a. The United States Department of Education ("DOEd") was a governmental entity that offered federal student financial aid programs to eligible students through eligible institutions of higher education in the form of grants, work-study and federally insured loans.

    b. The student financial aid programs administered by DOEd included the Pell Grant Program, the Perkins Loan Program, and the Stafford Loan Program. The objective of these student aid programs was to provide funds to help qualified undergraduate students finance their college educations.

    c. In order to receive financial aid through these student aid programs, students were required to submit a Free Application for Federal Student Aid ("FAFSA") or a Renewal FAFSA to the DOEd or an authorized DOEd contractor.

    d. The FAFSA and Renewal FAFSA required the student applicant to provide certain financial information such as student income, parental income, cash and bank account balances, student educational funds, home equity, and taxes paid in the previous year. The student was also required to attest that she was not in default on any previously received student loans at the time the FAFSA or Renewal FAFSA was submitted to the DOEd.

    e. A student was ineligible to receive federal financial aid if she was in default

on any previously received student loans, such as loans received as part of the Perkins Loan Program or Stafford Loan Program.

2.　　In or about 1990, defendant graduated from DeVry University ("DeVry") with an associate degree. In connection with her attendance at DeVry, defendant obtained federally insured loans under the Perkins Loan Program and Stafford Loan Program in the amount of approximately $12,750.

3.　　Following her graduation from DeVry in or about 1990, defendant failed to comply with the repayment terms of the federally insured loans she received in connection with her attendance at DeVry and the loans were placed in default.

4.　　On or about February 23, 2004, for the purpose of obtaining federal and state financial aid in connection with her anticipated return to school at DeVry, defendant completed a 2003-2004 FAFSA and submitted the application to the DOEd. For the purpose of obtaining financial assistance to which she was not entitled, defendant falsely represented in connection with the filing of the FAFSA that she did not have any students loans in default. Furthermore, for purposes of concealing her prior receipt of financial aid, defendant filed the 2003-2004 FAFSA application using a social security number that was different than the social security number that she had used to apply for federal financial aid prior to and during 1990.

5.　　Defendant also applied for and received federal financial aid for the 2004-2005 and 2005-2006 school years. In connection with these applications, for the purpose of receiving financial aid to which she knew she was not entitled, defendant falsely represented that she did not have any students loans in default and filed the applications using a social security number that was different than the social security number that she had used to apply for federal financial aid prior to and during

1990.

6.  In total, as a result of her false representations, defendant received approximately $2,825 in Pell Grants and approximately $43,008 in federally insured loans under the Perkins Loan Program and Stafford Loan Program to which she was not entitled between in or about June 2004 and September 2006.

7.  From in or about June 2004, continuing to in or about September 2006, at Chicago, in the Northern District of Illinois, and elsewhere,

CANDIS FAYE HALL,

defendant herein, did knowingly and willfully obtain by fraud and false statements in excess of $200 in funds provided and insured by the United States Department of Education, namely, $45,833 in Pell Grants and federally insured loans;

In violation of Title 20, United States Code, Section 1097(a);

UNITED STATES ATTORNEY