UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. )    No. 08CR 0113
)
CANDIS FAYE HALL )
)

MAGISTRATE JUDGE COX

JUDGE MANNING

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney,
PATRICK J. FITZGERALD, United States Attorney for the Northern
District of Illinois, and pursuant to Rule 1.04(d) of the Local
Criminal Rules for the Northern District of Illinois, states as
follows:

1.    No grand jury subpoenas were issued relating to the
information filed in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

FILED

FEB - 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

By:

RICK YOUNG
Assistant U.S. Attorney