# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF USA v.s. CANDIS HALL

FOR: Northern Dist of IL
AT: Eastern Division

FILED
MAR 27 2008
3-27-2008
Judge Blanche M. Manning
United States District Court

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): CANDIS HALL

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08CR113
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): 18 USC 641
☐ Felony
☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No
Name and address of employer: MIDAS
IF YES, how much do you earn per month? $ 4200
IF NO, give month and year of last employment. How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ DNA
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED $ _____ SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE _____ DESCRIPTION _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
|  |  | $ | $ 1000 |
|  |  | $ | $ 225 |
|  | personal loans | $ 2500 | $ 100 |
|  | other loans | $ 75000 | $ 600 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-19-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Candis Hall