

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 113 | **DATE** | 4/3/2008 |
| **CASE TITLE** | USA vs. Candis Faye Hall | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held. Defendant waives indictment and enters plea of guilty to count 1 of the information. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set to 6/5/2008 at 11:30 a.m. Sentencing memorandum and/or objections to the presentence investigation to be filed by 5/29/2008. Any responses to be filed by 6/3/2008. Enter Plea Agreement.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | rs |
|---|---|---|