

AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
APR 03 2008
Judge Blanche M. Manning
United States District Court

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

CANDIS FAYE HALL

**WAIVER OF INDICTMENT**

**CASE NUMBER**: 08 CR 113

I, __CANDIS FAYE HALL__, the above named defendant, who is accused of

knowingly and willfully obtaining by fraud and false statements in excess of $200 in funds provided and insured by the United States Department of Education, in violation of Title 20, United States Code, Section 1097(a),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __April 3, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Candis Hall*
Defendant

*[signature]*
Counsel for Defendant

Before *Blanche M. Manning*
Judicial Officer

4/3/2008