UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                         Plaintiff,

v.                                                 Case No.: 1:08–cr–00113
                                                     Honorable Blanche M. Manning

Candis Faye Hall
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: as to Candis Faye Hall, Sentencing set for 6/5/2008 is reset to 6/24/2008 at 11:30 AM. Sentencing memorandum and/or objections to the presentence investigation to be filed by 6/16/2008. Any responses to be filed by 6/20/2008. Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.